The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MARRIOTT INTERNATIONAL DESIGN AND CONSTRUCTION SERVICES, INC., a Maryland corporation, | ) ) ) | No. C 04-822 RSM |
| | ) | |
| Plaintiff, | ) ) | STIPULATION AND ORDER RESETTING DISCOVERY DEADLINES |
| v. | ) ) | |
| FMSM DESIGN GROUP, INC., a New Mexico corporation, and JON L. MOORE and JANE DOE MOORE, husband and wife, and their marital community, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

Plaintiff Marriott International Design and Construction Services, Inc. and Defendants FMSM Design Group, Inc., and Jon L. Moore and Jane Doe Moore stipulate that in order to accommodate ongoing settlement negotiations and avoid unnecessary discovery expenses, the deadlines in the Minute Order Resetting Trial Date and Related Deadlines for submission of reports from expert witnesses under FRCP 26(a)(2) shall be changed as follows:

1.  Reports from expert witnesses under          January 16, 2006
    FRCP 26(a)(2) due

2.  All motions related to discovery must be filed by          February 14, 2006
    and noted on the motion calendar no later than the
    third Friday thereafter (see CR 7(d))

3.  Discovery completed by          March 15, 2006

STIPULATION AND ORDER RESETTING
DISCOVERY DEADLINES - 1
Case No. C 04-822 RSM

FOSTER PEPPER & SHEFELMAN PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101-3299
PHONE (206) 447-4400   FAX (206) 447-7900

50602159.1

1    These changes shall not affect the currently scheduled trial date of May 15, 2006.

2    RESPECTFULLY SUBMITTED this 8th day of December, 2005.

3                                      FOSTER PEPPER & SHEFELMAN PLLC

4

5                                      /s/Edward R. Coulson
                                       Edward R. Coulson, WSBA #14014

6

7                                      OF COUNSEL:

8                                      SONNENSCHEIN, NATH & ROSENTHAL LLP

9                                      Daniel A. Spirin, Esq.
                                       One Metropolitan Square
10                                     211 N. Broadway, Suite 3000
                                       St. Louis, MO  63102
11                                     Attorneys For Plaintiff Marriott International Design And
                                       Construction Services, Inc.

12

13                                     LANE POWELL SPEARS & LUBERSKY

14

15                                     /s/ Dennis M. Strasser (via email authorization)
                                       Stanton Phillip Beck, WSBA No. 16212
16                                     John Devlin, WSBA No. 23988
                                       Dennis M. Strasser, WSBA No. 25725
17                                     Attorneys for Defendants Jon Moore and Jane Doe Moore,
                                       FMSM Design Group, Inc.

18

19   IT IS SO ORDERED:

20   DATED this 8th day of December, 2005

21

22                                     RICARDO S. MARTINEZ
                                       UNITED STATES DISTRICT JUDGE

23

24

25

26

STIPULATION AND ORDER RESETTING                    FOSTER PEPPER & SHEFELMAN PLLC
DISCOVERY DEADLINES - 2                                1111 THIRD AVENUE, SUITE 3400
Case No. C 04-822 RSM                               SEATTLE, WASHINGTON  98101-3299
                                                    PHONE (206) 447-4400   FAX (206) 447-7900

50602159.1